# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-23916-CIV-MOORE

GEREMIAS GARCIA MEDRANO,
and others similarly-situated,

      Plaintiffs,

vs.

MI COLOMBIA BAKERY, INC., et al.

      Defendants.
_____/

## AFFIDAVIT OF ATTORNEY'S FEES

STATE OF FLORIDA    )
                             ) ss
COUNTY OF MIAMI-DADE  )

      BEFORE ME, a Notary Public of the State of Florida, personally appeared EDDY O. MARBAN, who, upon being by me first duly sworn, deposes and says as follows:

      I am the attorney of record for Plaintiff, GEREMIAS GARCIA MEDRANO, in the above-styled cause and the following attorney's fees have been expended in the prosecution of this suit.

      FURTHER AFFIANT SAYETH NAUGHT.

_____
EDDY O. MARBAN

      The foregoing instrument was acknowledged before me on this 21st day of December, 2012, by EDDY O. MARBAN, who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC
State of Florida at Large
(SEAL)

MONICA VALENZUELA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE100400
Expires 5/12/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-23916-CIV-MOORE

GEREMIAS GARCIA MEDRANO,
and others similarly-situated,

        Plaintiffs,

vs.

MI COLOMBIA BAKERY, INC., et al.

        Defendants.
_____/

## AFFIDAVIT OF ATTORNEY'S FEES

STATE OF FLORIDA    )
                                ) ss
COUNTY OF MIAMI-DADE  )

BEFORE ME, a Notary Public of the State of Florida, personally appeared ISAAC MAMANE, who, upon being by me first duly sworn, deposes and says as follows:

I am the attorney of record for Plaintiff, GEREMIAS GARCIA MEDRANO, in the above-styled cause and the following attorney's fees have been expended in the prosecution of this suit.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ISAAC MAMANE

The foregoing instrument was acknowledged before me on this 21st day of December, 2012, by ISAAC MAMANE, who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC
State of Florida at Large
(SEAL)

MONICA VALENZUELA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE100400
Expires 5/12/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-23916-CIV-MOORE

GEREMIAS GARCIA MEDRANO,
and others similarly-situated,

        Plaintiffs,

vs.

MI COLOMBIA BAKERY, INC., et al.

        Defendants.
_____/

### AFFIDAVIT OF ELISBET ARANDA

STATE OF FLORIDA      )
                          ) ss
COUNTY OF MIAMI-DADE  )

    BEFORE ME, a Notary Public of the State of Florida, personally appeared ELISBET ARANDA, who, upon being by me first duly sworn, deposes and says as follows:

    I am the Paralegal of attorney Eddy O. Marban, in the above-styled cause and I have expended the following time in prosecution of this suit.

    FURTHER AFFIANT SAYETH NAUGHT.

_____
ELISBET ARANDA

    The foregoing instrument was acknowledged before me on this 21st day of December, 2012, by ELISBET ARANDA, who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC
State of Florida at Large
(SEAL)

MONICA VALENZUELA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE180400
Expires 5/12/2016

| Date | Event | EA | JM | EOM |
|---|---|---|---|---|
| 5/19/11 | Initial consultation with client | | | 1.50 |
| 5/24/11 | Calculate damages owed by the Plaintiff | | 0.55 | |
| 5/25/11 | Prepared pre-suit letter for overtime claim with damage calculations. | | | 1.10 |
| 5/27/11 | Prepared pre-suit letter concerning minimum wage. Due to recent case law, minimum wage pre-suit letters should only include the minimum wage claim, thus, two letters were necessary. | | | 0.25 |
| 7/1/11 | R/R letter from opposing counsel enclosing responsive documents which had to be reviewed. | | 0.50 | |
| | T/C with client, advised of Defendants' response to our pre-suit letters. | | | 0.25 |
| 7/15/11 | Discuss letter and documents with client. | | 0.30 | |
| | R/R e-mail from opposing counsel providing additional documents. | | 0.10 | |
| 8/25/11 | R/R additional documents produced by Defendamts - receipts and service charge/tip credit documents. | | 1.00 | |
| | Called the client to discuss additional documents produced. | | 0.25 | |
| 8/26/11 | Letter and documents received from Defendants. Documents were sent to client. | | 0.10 | |
| 8/29/11 | E-mail sent to opposing counsel re; reviewing of the documents and a request for additional documents. We only received a limited portion of customer receipts for a period of six months. | | 0.10 | |
| 9/30/11 | After client received Defendants documents, we had a conference to discuss merits of allegations by Defendants. Defendants (reciepts, service charge/tip credit). | | 0.75 | |
| 10/31/11 | Research Defendants Mi Colombia and Hoyos for other related Los Perros companies owned by the Defendant. Had conference with client to establish connection with other Los Perros entities for purposes or meeting the $500,000.00 threshold. | | 1.80 | |
| 11/1/11 | Prepared Complaint, research on "joint enteprise." | | | 1.30 |
| 11/3/11 | R/R paperless Order referring discovery matters to the Magistrate Judge and Notice of Court Practice in FLSA Cases. | | | 0.15 |
| 12/13/11 | R/R Answer & Affirmative Defenses | | | 0.25 |
| 1/12/12 | Prepared Plaintiff's Statement of Claim | | | 0.25 |
| | Read Notice of scheduling settlement conference | | | 0.02 |
| 1/13/12 | Draft Plaintiff's amended statement of claim | | 0.10 | |
| 1/17/12 | Read Court Order granting Plaintiff's renewed motion to re-open case. | | 0.03 | |
| 1/24/12 | Sent letter to Plaintiff advising him to contact us. | | 0.05 | |
| 1/27/12 | Draft Plaintiff's Initial Disclosures | | 0.40 | |
| 1/30/12 | Read notice of rescheduling settlement conference | | | 0.03 |
| 2/8/12 | Drafted Interrogatories, directed at liability, enterprise coverage and joint enterprise. Drafted a second set of Interrogatories directed at individual liability of HOYOS- Defendant objects to discovery prior to 26(f) conference. | | | 0.50 |
| | Drafted Request for Production re; liability, joint enterprise, enterprise coverage, payroll records, discovery directed at the other Los Perros entities - Defendant objects to discovery prior to 26(f) conference. | | | 1.65 |
| | Drafted Request for Admissions, directed at enterprise coverage - Defendant objects to discovery prior to 26(f) conference. | | | 0.25 |
| 2/10/12 | Read Defendants' Response to Statement of Claim. | | | 0.05 |
| 3/20/12 | Read notice of rescheduling settlement conference | | | 0.03 |
| 4/11/12 | R/R our file, Defendants production of documents (customer receipts, spreadsheets showing payments to Plaintiff), prepare exhibits to use at the settlement conference. | | 1.45 | |
| 4/12/12 | Met with client to prepare for the settlement conference. | | 1.20 | |
| | Attended settlement conference before Judge Torres | | 4.50 | |
| 4/23/12 | Drafted Joint Scheduling Report and send to defense counsel. | | 0.75 | |
| | Drafted Motion to re-open case, research case law on reopening cases. | | 0.65 | |
| 5/1/12 | Conferred with defense counsel re; finalizing the Joint Scheduling Report and file same. | | 0.25 | |

| Date | Description | | | |
|---|---|---|---|---|
| 5/7/12 | Read Order granting Plaintiff's motion to re-open the case based on filing JSR. | | 0.03 | |
| 5/8/12 | R/R trial Order and calendar deadlines in case and reviewed order referring to mediation. | | 0.15 | |
| | Draft letter to defense counsel to coordinate mediation. | | | 0.20 |
| 6/13/12 | Met with the client and drafted discovery responses to Request for Production and Interrogatories. | | 1.70 | |
| | E-mail defense counsel regarding scheduling depositions. | | | 0.02 |
| 6/19/12 | T/C with client, to determine facts to be alleged in amended complaint (i.e., "joint enterprise"). | | | 0.25 |
| 6/20/12 | Search Defendants Hoyos and Mi Colombia again to determine if any new companies have been opened, or by Lozano and Cristian Hoyos. Cela Corp was found. | | 0.35 | |
| | R/R documents produced by Defendants (bates 1-120). | | 0.35 | |
| | Prepared Motion to Amend Complaint in order to properly allege enterprise theory so we can aggregate income of 6 corporations. Also prepared Amended Complaint. Conducted legal research and made citation in motion. Found additional requirement on "joint enterprise," and added additional facts based on conversation with client. | | | 1.25 |
| | Drafted subpoenas to be served upon 6 related entities. Prepared request for documents. Conducted legal research to determine what documents are necessary. | | | 1.65 |
| | Conferred with opposing counsel via e-mails regarding amending the Complaint, setting depositions and hearing on Motion to Compel. | | | 0.25 |
| 6/21/12 | R/R Response to Request for Admissions. Conferred with opposing counsel, re; discover disputes. Requested that he provide me with answers to Request for Admissions. | | | 0.40 |
| 6/22/12 | Conferred with opposing counsel, re: better request for admissions, I prepared amended set of admissions to corporation only. | | | 0.35 |
| | Draft Notice of Hearing set forth discovery disputes in case (first motion to compel) | | | 0.20 |
| 6/26/12 | Draft amended Notice of Hearing (first motion to compel), to lay out additional issues that are contested. | | | 0.05 |
| 6/27/12 | T/C with opposing counsel, we need to reschedule HOYOS' deposition as we do not yet have discovery. | | 0.25 | |
| 6/30/12 | R/R Defendants' Initial Disclosures. | | 0.25 | |
| 7/2/12 | Read paperless Order setting hearing, and Order resetting hearing upon Motion to Compel. | | 0.05 | |
| 7/4/12 | R/R Defendants Response to Request for Production, called client, there were multiple requests and numerous objections. | | 1.25 | |
| | Prepare for hearing on 7/5, upon motion to compel discovery. | | 2.25 | |
| 7/5/12 | Attended hearing on Plaintiff's Motion to Compel. | | 1.25 | |
| | Preparation for the deposition of Juan Sebastian Hoyos, reviewed produced documents, including, receipts, draft direct examination, review discovery responses, research prongs for independent contract and tip credit/failure to inform. | | 3.60 | |
| | R/R Defendant HOYOS ' response to Plaintiff's First Set of Interrogatories. | | 0.50 | |
| | R/R Defendant Mi Colombia Bakery, Inc.'s Response to Plaintiff's First Set of Interrogatories. | | 0.65 | |
| 7/6/12 | Took the deposition of Juan Sebastian Hoyos | | 4.25 | |
| 7/7/12 | Read paperless Order granting Plaintiff's motion to amend the Complaint. | | 0.03 | |
| | Met with client at office who brought us Los Perros T-Shirt and Christmas bonus card containing the name of all three Los Perros owners. | | | 0.65 |
| | Draft amended initial disclosures to alleges additional documents, Los Perros T-Shirt, Christmas Bonus from all owners of Los Perros entities. | | | 0.30 |

| Date | Description | | |
|---|---|---|---|
| 7/9/12 | Draft subpoenas duces tecum for Carlos Lozano, Cristian Hoyos, Perception Enterprises, LP Headquarters, LP Sunny Isles, Los Perros and LP Miami Beach, Inc. Made detailed requests for documents to tie up the companies. Conducted legal research to determine the necessary documents to be requested from the companies. | | 1.65 |
| | T/C with Gary, defense counsel, regarding scheduling the depositions of Criales, Espinal and Padilla. | 0.10 | |
| | E-mail defense counsel regarding scheduling the deposition of Criales, Espinal and Padilla. | 0.10 | |
| | Follow up e-mail to defense counsel regarding scheduling the deposition of Criales, Espinal and Padilla - confirming depositions may take place after discovery deadline | | 0.05 |
| 7/10/12 | Read Defendants' e-mails regarding Plaintiff's tax returns. Reviewed Plaintiff's tax returns before sending them to defense counsel. Defense counsel was seeking to move to compel. E-mail defense counsel regarding pending discovery disputes, conferral e-mail. Defense counsel has not produced all responsive documents (POS, UCT6, tax returns). | 0.35 | |
| | T/C with client regarding Defendants' witnesses, Criales, Espinal and Padilla. Determine the role in the company. | | 0.65 |
| | Read response to e-mail from defense counsel, add that we have not received vendor invoices. | 0.15 | |
| | Read response to e-mail from defense counsel cancelling the deposition of Hoyos until full production of documents. | 0.03 | |
| 7/11/12 | Draft supplemental response to the Request for Production. | 0.10 | |
| 7/12/12 | Attended the deposition of the client, Geremias Medrano | 5.00 | |
| | Preparation for deposition of Defendant Hoyos. Reviewed his discovery responses and documents produced. Gathered exhibits and prepared line of questioning. | | 1.90 |
| | Preparation for the deposition of Carlos Lozano, he is co-owner and also owns other Los Perros entities. | | 1.10 |
| | Preparation for depositon of Cristian Hoyos, his Defendant's brother and co-owner. | | 1.1 |
| 7/13/12 | Took the deposition of Juan Sebastian Hoyos | | 0.75 |
| | Took the deposition of Cristian Hoyos | | 1.00 |
| | Took the deposition of Carlos Lozano | | 1.25 |
| | Drafted motion to compel (second) | 2.50 | |
| | Drafted motion for contempt (first) | 2.50 | |
| | Send conferral e-mail on motion for contempt for failure of subpoenaed los perros companies in producing documents, reviewed file to determine what was not produced. | 0.35 | |
| 7/15/12 | R/R receipts and documents produced by Defendants in preparation of Vanessa Criales' deposition. | 1.00 | |
| | R/R receipts and documents produced by Defendants in preparation of Lorena Espinal's deposition. | 1.00 | |
| | Preparation for mediation and taled with the client. | 1.60 | |
| 7/16/12 | Attended mediation | 2.00 | |
| | Took the deposition of Vanessa Criales | 2.00 | |
| | Send e-mail to defense counsel regarding producing documents in response to Request for Production. | 0.02 | |
| | Read and response to Defendants' counsel regarding production of documents and seek to depose Defendant again in compliance with the Court Order. | 0.03 | |
| 7/17/12 | E-mail defense counsel regarding reviewing responsive documents | 0.02 | |
| | Read/Respond e-mail to defense counsel regarding reviewing documents responsive to discovery. | 0.02 | |
| | Draft corrected motion for contempt | | 0.20 |
| 7/18/12 | Spoke to Hector Padilla (786) 587-3966 regarding taking his deposition to determine if he had information relevant to the case. | 0.35 | |
| 7/25/12 | Preparation for the deposition of Hector Padilla | 1.25 | |

| Date | Description | | |
|---|---|---|---|
| 7/26/12 | T/C with gary, opposing counsel, about cancellations of depositions | 0.15 | |
| | R/R Defendants' Interrogatory responses and drafted Plaintiff's Motion for Partial Summary Judgment. | | 2.25 |
| 7/27/12 | Deposition of Hector Padilla. Padilla appeared with Hoyos late to the deposition. While waiting reviewed direct examination. | 2.50 | |
| | R/R Defendants' Motion for Summary Judgment and adjoining exhibit of tax returns 2009. | | 0.75 |
| | R/R Defendants' Answer & Affirmative Defenses to the Amended Complaint. | | 0.25 |
| | Conference with opposing counsel, Gary Costales, re: discovery disputes, we still have not received documents ordered to be produced. He agreed to have them at his office, by July 31, 2012, for inspection. I also conferred about filing motion to compel a hearing on discovery disputes and on issues with third party entities that did not respond to subpoenas, particularly, producing evidence of income and tax returns. | | 0.35 |
| | Prepared for the deposition of Lorena Espinal, reviewed documents produced by Defendants and prepared direct examination. | 1.20 | |
| | E-mail defense counsel regarding production of documents. Confirmed in writing that counsel agreed to produce documents for inspection at his office. Confirming conferral regarding discovery disputes. | | 0.03 |
| 7/30/12 | E-mail to defense counsel regarding inspection of documents. | | 0.02 |
| | Second e-mail to defense counsel regarding inspection of documents. | | 0.10 |
| 7/31/12 | T/C to Plaintiff regarding the number of cars/vehicles he owns and the license plate number. | 0.15 | |
| | E-mail defense counsel regarding Plaintiff's license plate. | 0.02 | |
| 8/1/11 | Prepared Motion to extend time to responde to Defendants' Motion for Summary Judgment. I researched issue and outlined facts. Drafted affidavit in support of motion for extension to file response to MSJ. | | 1.55 |
| | Prepared Motion to extend time to respond to Defendant's Motion for Summary Judgment. I researched issue and outlined facts. Draft affidavit in support of motion for extension to file response | | 1.00 |
| 8/2/12 | Draft Motion for default for failure to answer Plaintiff's Summary Judgment Motion, research. | | 0.65 |
| | E-mail defense counsel regarding inspection of documents. | | 0.03 |
| | T/C with defense counsel regarding the Motion to Withdraw. | | 0.05 |
| 8/3/12 | R/R Defendants' responses to the amended Request for Admissions. | 0.15 | |
| | Respond to conferral e-mail from defense counsel regarding extension to respond to motion for contempt. | 0.02 | |
| 8/7/12 | Read Court paperless Order granting Plaintiff's motion for extension (in part); read Order granting Defendants' Motion for extension to file response to Plaintiff's motion for contempt. | | 0.05 |
| 8/8/12 | R/R Defendants' Response to Plaintiff's Corrected Motion for Contempt. | | 0.40 |
| | T/C with defense counsel re; Defendants intention to withdraw from the case. | | 0.05 |
| | R/R Defendants' Motion to withdraw as counsel. | | 0.20 |
| 8/9/12 | Worked on response Motion for Summary Judgment, inability to respond, cited violation of court order compelling discovery, attached e-mails showing Plaintiff's attempts to get discovery, to inspect at offices of defense counsel, attached e-mails, addressed "enterprise" coverage through seven different entities, cited case law and argued individual coverage by virtue of processing credit card transactions. | | 5.20 |
| | R/R paperless Order denying Defendants' motion to withdraw. | | 0.05 |
| 8/10/12 | T/C with Medrano regarding filing an affidavit to oppose summary judgment, questioned Medrano regarding facts to oppose Defendants" Motion to Withdraw. | 0.45 | |
| | Draft affidavit for Medrano to oppose Defendants' Motion for Summary Judgment. | 0.85 | |
| 8/14/12 | R/R Court denying Plaintiff's Motion for Default, read Court's Order granting Defendants' Motion for Continuance. | 0.15 | |

| Date | Description | | |
|---|---|---|---|
| | R/R file, motion to compel in preparation for the hearing on motion to compel. | 1.00 | |
| 8/15/12 | R/R bank statements, added the sums deposited in each month. Reviewed lease agreement, determined that pages are missing. | | 0.60 |
| | Attend hearing on Plaintiff's motion to compel, second hearing. | 1.25 | |
| | Continue drafting Motion for Summary Judgment, integrate facts stated in Medrano's affidavit into the Motion for Summary Judgment, response to statement of undisputed facts, cited court Order from 8/15/12. | | 2.60 |
| 8/16/12 | RR Court Order granting Motion to Compel. | 0.10 | |
| 8/17/12 | Research case law on failure to develop arguments, Draft Plaintiff's Reply to LP Miami Beach's response to Corrected Motion for Contempt. | | 0.65 |
| 8/20/12 | Draft request for copies from Defendants - Request Plaintiff's Bank of America's bank statements. | 0.05 | |
| | RR Defendant's amended responses to Plaintiff's First Set of Interrogatories to Mi Colombia Bakery, Inc. | | 0.65 |
| 8/23/12 | R/R all documents produced by Defendants after the Order compelling discovery. Bank statements, receipts, tax returns, payroll records, vendor invoices. Identified the documents that continue to be missing in preparation of prejudice hearing. Defendants has failed to produce several vendor invoices (long periods are missing). Several employees signing deliveries for invoices have not been previously identified by the Defendants. Defendants have failed to produce the complete bank statements for 2011, we are missing May through December 2011. Defendants do not deposit cash into the account. | 6.20 | |
| | Send conferral e-mail to defense counsel noting that Defendants' production remains incomplete. | 0.03 | |
| | Preparation for hearing upon Plaintiff's second motion to compel discovery to explain how Plaintiff has been prejudice by late or incomplete disclosure. | 1.10 | |
| 8/24/12 | Attendance hearing on motion to compel discovery. (Prejudice hearing) | 1.50 | 1.50 |
| | Prepared subpoenas to vendors, IBC Sales Corp., Iberia Foods, Sysco Foods, Healthier Quail Eggs, Angel Foods, Fine Foods, Bridget's Food Corporation, Liquid Advertising, Jetro Foods,. Prepared subpoena to third party, Cristian Hoyos, Carlos Lozano and third party corporations, requesting information not received, as Judge allows us to serve beyond the discovery deadline. | | 1.75 |
| | Prepared subpoena for Bank of America requesting Defendants' bank records/statements. | | 0.25 |
| | Prepared proposed order on hearing upon Plaintiff's Second Motion to Compel and send copy to opposing counsel. | | 0.35 |
| | Draft proposed order based on the ruling at Court hearing on 8/24/12, on Motion to Compel Discovery. | 1.20 | |
| | Organize and review receipts to analyze the amounts of tips, service charge and time of delivery. Defendants failed to comply with the Court's Order requiring the receipts to be copied. | 6.45 | |
| | Organize and review substantial number of customer transactions receipts to analyze the amounts of tips, service charge and time of delivery (had to continuation, due to large volume). | 7.25 | |
| 8/27/12 | Organize and review receipts to analyze the amounts of tips, service charge, and time of delivery. (continued) | 6.85 | |
| 8/28/12 | Read Order granting Plaintiff's Motion for Partial Summary Judgment. | | 0.20 |
| 8/29/12 | Organize and review receipts to analyze the amounts of tips, service charge, and time of delivery. (continued) | 6.45 | |
| 8/30/12 | Conferral e-mail to defense counsel regarding motion to compel and contempt against third party Los Perros entities based on failure to produce documents at deposition. Requested contact information for vendors to subpoena them. | | 0.05 |
| | Conferral e-mail to defense counsel to renew motion to request matters established as to $500,000.00, based on Defendants failure to produce all documents. | | 0.03 |

| Date | Description | Hours | Hours |
|---|---|---|---|
| | R/R receipts to analyze the amounts of tips, service charge and time of delivery. | 5.35 | |
| | Organize and review receipts to analyze the amounts of tips, service charge, and time of delivery. (continued) | | 0.10 |
| 8/31/12 | Send e-mail to defense counsel requesting valid address for the accountant. | | 0.02 |
| | Send conferral e-mail to defense counsel regarding motion in limine. | | 0.02 |
| | R/R documents produced by Defendants, documents produced by Plaintiff, and began drafting exhibit list. | 2.05 | |
| | T/C with Rocco from Liquid Advertising re; subpoena (305-895-4012). Will be producing ledger of all purchases and sample invoices. Rocco said there are "over 2000 invoices" and impossible to copy. Advised that may need copies of everything but will agree to the sample for review purposes. | 0.10 | |
| 9/3/12 | Research case law and drafted motion in limine | 2.50 | |
| | Draft Plaintiff's Witness List | 0.35 | |
| | Continued reviewing documents and complete drafting the exhibit list. | 1.85 | |
| 9/4/12 | R/R Defendants' exhibit list and place Plaintiff's objections to Defendants' exhibit list. | 0.75 | |
| | Draft pretrial stipulation, review pleadings, review docket for pending motions and reviewed notes on stipulations. | 1.75 | |
| | R/R Defendants changes to the pretrial stipulation and made further changes. | 0.85 | |
| 9/5/12 | Revise Plaintiff's exhibit list adding additional documents | 0.25 | |
| | Revise Plaintiff's exhibit list | 0.10 | |
| | R/R Defendants late disclosed text messages and amended exhibit list. | 0.30 | |
| | T/C with defense counsel regarding finalizing the Joint Pretrial Stipulation. | 0.15 | |
| | Revise pretrial stipulation and finalize pretrial stipulation. | 0.20 | |
| | R/R Plaintiff's exhibit list with Defendants' objections. | 0.05 | |
| 9/6/12 | T/C with Tom Clark regarding the production of documents from Sysco, agreed to a brief extension through September 19 for Defendants, LP Miami Beach and LP Sunny Isles. Agreed to an extension through September 21, 2012, for the remaining Los Perros entities. Discussed providing addresses for Los Perros to aid the search. | 0.10 | |
| | E-mail Clark (Sysco) regarding addresses for Los perros | 0.30 | |
| | T/C with Brandy Gonzalez (Jetro) regarding production of documents in response to the subpoena. | 0.15 | |
| | E-mail Brandy Gonzalez (Jetro) addresses of Jetro to aid search | 0.03 | |
| | Follow up e-mail to defense counsel requesting an address for accountant. Reminded Defendants that he is ordered to facilitate service of accountant. | 0.02 | |
| | Read/Respond e-mail regarding service of accountant. Identified addresses that we have tried. | 0.02 | |
| 9/7/12 | Draft and file notice of appearance | 0.05 | |
| | Attended the pretrial conference | 0.50 | |
| 9/10/12 | Research alternate directions for Defendants' accountant, search sunbiz and the department of business regulations. | 0.25 | |
| 9/11/12 | Preparation for deposition, review documents file and the outstanding discovery responses. | 4.25 | |
| | R/R responsive vendor documents from Sysco (few thousand pages produced), IBC, Iberia, Jetro, Liquid Advertising and Healthier Quail Eggs. | 4.75 | |
| 9/12/12 | R/R Bank of America records received on September 13, 2012. Documents received the morning of the depositions. Reviewed quickly in anticipation of deposition. Identified a second bank account not previously disclosed. | 0.75 | |
| | Deposition of Sebastian Hoyos | 2.75 | |
| | Deposition of Cristian Hoyos | 1.25 | |
| | Took the deposition of Defendants' accountant, Ruben Fernandez. | 0.75 | |
| | Deposition of Carlos Lozano | 0.20 | |
| | Research case law for sanctions. | | 1.30 |
| 9/13/12 | Draft motion for default for failure to comply with court orders compelling discovery, in the alternative motion for continuance. | | 2.60 |

| Date | Description | | | Hours |
|---|---|---|---|---|
| | conducted legal research, are tips credit issue to include with jury instruction, invalidation tip credit, duty to inform. Legislative history, cases minterpreting congressional intent, on duty to inform. | | | 1.80 |
| | Drafted jury instructions, with tip credit case law. | | | 1.60 |
| | R/R Defendant's jury instruction and suggested changes. | | | 0.25 |
| 9/16/12 | Continue reviewing bank statements produced by Bank of America. Determined if cash deposited into the account. Determine if there are transfers to other accounts. Lozano appears frequently in connection with credit card deposits. | | 3.65 | |
| | Met with client, prepared him for trial. | | | 2.80 |
| 9/17/12 | T/C to defense counsel regarding discussing jury instructions. E-mail defense counsel regarding filing jury instructions. | | | 0.03 |
| | R/R documents produced by Cristian Hoyos during the deposition on 9/13/12. | | 0.60 | |
| | R/R documents produced by Carlos Lozano during the deposition on 9/13/12 | | 1.00 | |
| 9/18/12 | Read and Summarize Deposition Christian Hoyos, from 7-13-12 | | | 1.45 |
| | Read and Summarize Deposition, Lozano, from July 13, 2012 | | | 1.05 |
| | Read letter from counsel on behalf of vendor Healthier Quail Eggs re; the production of documents. | | | 0.05 |
| | Draft affidavit of Eddy O. Marban to attach to Motion to Continue Trial in compliance with local rule. | | | 0.25 |
| | Read order granting Defendants' Motion for extension to file jury instructions. | | | 0.03 |
| | Review Defendants changes to the jury instruction. | | | 0.20 |
| | Read/Respond e-mail regarding changes to jury instructions | | | 0.02 |
| | Read Order rescheduling trial, Order expediting response to motion for default, Order referring discovery to the Magistrate Judge. | | | 0.10 |
| | Read/Respond e-mail from Clark (Sysco) regarding sending responsive documents. | | | |
| 9/19/12 | Draft Plaintiff's Motion for Contempt against Defendants for disobeying three Court Orders. Research case law on Motion for Contempt. | | | 4.35 |
| | R/R Defendants' Supplemental Response to the Request for Production. | | | 0.65 |
| 9/25/12 | Reply to Defendants' Response to Motion for Default. | | | 1.40 |
| | R/R Plaintiff's bank account statements (produced by Defendants) May 201 through December 2011, review the third bank account produced by the Defendants. | | 1.50 | |
| 9/27/12 | R/R documents from LP Miami Beach and Mi Colombia Bakery, Inc. in accountants possessions - Balance sheets, UCT-6, Transaction listings, W3, W2, W4. | | 4.30 | |
| 9/28/12 | Draft Plaintiff's Reply to Plaintiff's Motion for Default | | | 0.65 |
| | Read and Summarized deposition of Juan Sebastian Hoyos, 9/13/12, in anticipation of trial. | | | 1.75 |
| | Read and Summarized 7-6-12 deposition of Defendant Hoyos, preparation for trial. | | | 3.40 |
| 10/2/12 | Summarized deposition of Accountant, Ruben Fernandez. | | | 0.35 |
| | Conducted legal research, are tips received counted as part of gross receipts. | | | 1.25 |
| 10/3/12 | Summarized second deposition of Cristian Hoyos September 2012. | | | 1.10 |
| | Summarized second deposition of Carlos Lozano September 2012. | | | 0.25 |
| | Read Medrano's deposition transcript, summarize transcript. | | 2.50 | |
| | Began trial prepararation by reviewing all documents, depositions and discovery. | | | 3.60 |
| | Compared with deposition testimony, began to prepare for HOYOS cross examination, as well as Cristian Hoyos, and Carlos Lozano, owners, (Joint Enterprise issues) | | | 3.10 |
| 10/8/12 | Trial preparation, numerous preduction from vendors, added to cross examination questions for HOYOS as well as Cristian Hoyos, and Carlos Lozano, owners (Joint Enterprise issues). | | | 2.10 |
| | Met with client to beging preparign him for trial. We reviewed documents from Defendant, his Discovery responses and deposition testimony. | | | 3.20 |

| Date | Description | | | Hours |
|---|---|---|---|---|
| 10/9/12 | Preparation cross examination questions, HOYOS, on liability, compared with his interrogatory answers. Reviewed his depositions. | | | 2.20 |
| | R/R exhibits for trial, prepare for enterprise coverage arguments, review vendor documents from Sysco, Liquid, Iberia, IBC Jetro and Healthier Quail Eggs. | | | 4.10 |
| 10/12/12 | Began to prepare outline, to assist me in prepraration for trial. Continued reviewing documentary evidence on enterprise coverage issues. Review Exhibits for trial, prepare for enterprise coverage arguments, review sunbiz records, bank of america statements, bank of america signatories page. Compared with Deposition of Christian Hoyos, Defendant's brother, and HOYOS, Defendant. | | | 3.40 |
| | Conferral e-mail to defense counsel regarding request for oral arguments and motion for default. | | | 0.35 |
| | Draft Plaintiff's request for oral arguments on Plaintiff's Motion for Contempt and Default (second) | | | 2.40 |
| | Read two depositions and summaries for Carlos Lozano, co-owner of Defendant entity. I prepared cross examination questions for Mr. Lozano, noting parts of his deposition where he may be impeached. | | | 3.20 |
| | Preapred, cross examination of Christian Hoyos, Defendants brother, after reviewing all documents and evidence, reviewed Christian Hoyo's deposition testimony, two depositions were taken. | | | 3.10 |
| 10/14/12 | Trial preparation, cross examination question, HOYOS, reviewed his depositions and documents, enterprise coverage issues and substantive issues on unpaid minimum wage, failure to inform and service charges. | | | 4.20 |
| | Trial prepararation, review deposition transcripts, cross Defendant's witnesses. | | | 2.40 |
| | Meet with Plaintiff Medrano, preparation for direct examination. | | | 5.85 |
| | Preparation for trial, opening statements, direct examination of HOYOS. | | 4.35 | |
| 10/15/12 | Preparation for trial, continue preparing direct examination of HOYOS, Lozano, Cristian Lozano, Espinal, Criales. Read the deposition of Vanessa Criales. | | | 4.10 |
| 10/16/12 | Meet with Plaintiff Medrano, preparation for direct examination and cross examination. | | | 3.30 |
| | Began preparing the trial exhibit notebooks. Made copies of the exhibits, numbered each exhibit, hole-punched and placed them in the notebooks. | 5.5 | | |
| 10/17/12 | Preparation for trial, review Defendants' exhibits in preparation for trial. Added additonal facts for opening statement. | | 0.75 | |
| | Added additional cross examination questions for HOYOS, Lozano and Cristian Hoyos. | | 3.10 | |
| | Continued preparing the trial exhibit notebooks. Finished making the copies, numbered the rest of the exhibits, and hole-punched. Also, prepared the notebook for the pleadings to be used at trial. | 6.5 | | |
| | Prepare damage calculation summary for Plaintiff. | | | 0.25 |
| | Meet with Plaintiff Medrano, preparation for direct and cross examination and reviewed damage calculation summary with Plaintiff. | | | 1.10 |
| 10/18/12 | Read Defendants' Response to Motion in Limine. | | | 0.75 |
| | R/R file, pending motions, motion in limine and preparation for calendar call. | | | 4.50 |
| | Attend calendar call | | | 0.70 |
| | Revise Jury Instructions in light of rulings at the calendar call. Research law on service charge, tip credit, failure to inform of tip credit and spoliation of the evidence. | | | 1.10 |
| 10/19/12 | Prepare and revise argument in outline, direct and cross examination questions, all in light of Court's ruling on enterprise coverage granting sanctions against Defendants and establishing enterprise coverage. Review trial exhibits and remove unnecessary exhibits from binders (i.e., relating to enterprise coverage, and involvement of carlos lozano and cristian hoyos). | | | 3.40 |
| | Revise Verdict Form, took out enterprise coverage issues, rearrange cross examination questions in light of sanction establishing enterprise coverage. | | | 2.10 |

| | | | | |
|---|---|---|---|---|
| | Meet with Plaintiff Medrano in preparation for trial, prepared him and discussed issues and his testimony. | | 3.30 | |
| 10/20/12 | Continued preparing for cross examintion of Defendants, noting pages in his three deposition, where he may be impeached, also revised in light of Court establishing enterprise coverag issue, as a sanction. Reviwed documents to be used at trial. | | | 3.50 |
| | R/R exhibits for trial, worked on opening statement. Revised questions for Espinal and Criales. | | | 5.35 |
| | Preparation for trial; review direct of Medrano, re-read Medrano's deposition and research case law on introducing damage calculation summaries into evidence under FRE 1006. | | 2.10 | |
| | Preparation for trial, continue preparing direct examination of HOYOS. | | 0.45 | |
| 10/21/12 | Continued preparation for opening statement with focus on explaining to jurty that tips belont to temploye to whom they are give, even though employe actually receives more than the minimum wage. | | | 4.10 |
| | R/R second amended jury instructions filed by Defendants to determine the changes made. | | | 1.10 |
| | Preparation for and attendance at trial, first day of trial. | | | 9.10 |
| 10/22/12 | Prepared partially for closing argument, reviewed evidence and exhibits. Prepared for cross examination of Hector Padilla (it was announced he would testify in the morning). | | | 0.65 |
| | Preparation for cross of Defendant, Hoyos, it was announced that he would testify. Reviewed exhibits and additional preparation for closing argument. | | | 0.45 |
| 10/23/12 | Preparation and attendance at trial, second day | | | 5.50 |
| | R/R Final Judgement. | | | 0.10 |
| 10/24/12 | Conferred with opposing counsel about Motion to Liquidate Damages. | | | 0.20 |
| | Prepared Motion to Liquidate damages after jury verdict. Legal research to outline standard for liquidation as well as automatic liquidation pursuant to recent Eleventh Circuit decision. | | | 1.10 |
| 11/12/12 | Prepared Motion for Attorney's Fees and Costs. | | | 3.20 |
| | **TOTAL HOURS** | 12.00 | 157.60 | 172.08 |
| | **BILLING RATE** | $100.00 | $250.00 | $400.00 |
| | **TOTAL ATTY** | $1,200.00 | $39,400.00 | $68,832.00 |
| | **TOTAL** | | | $109,432.00 |