# EXHIBIT B

(904) 825-4343 .. McClure, George M '75 (McClure B PL) -81 King -St Augustn 32084 Fx:825-4722
McClure, J Robt Jr. '61 -701 N Ride -Talhse 32303
(305) 371-5000 .. McClure, John '77 (Angones M&G) -44 W Flagler -Miami 33130 Fx:371-3948
(863) 402-1888 .. McClure, John K '79 (McClure & L) -211 S Rdgwd Dr -Sebring 33870 Fx:402-2436
(863) 402-1888 .. McClure & LoBozzo -211 S Rdgwd Dr -Sebring 33870
(727) 464-6516 .. McClure, Nora T '81 %Pub Def -14250 49th N -Clearwtr 33762 Fx:464-6119
(850) 488-0712 .. McClure, Rick H '83 %DOR -501 S Calhoun Bx6668 -Talhse 32314 Fx:488-7112
(727) 464-6516 .. McClure, Robt S '76 %Pub Def -14250 49th N -Clearwtr 33762 Fx:464-6119
(239) 948-9740 .. McClure, Robt W '88 -3511 Bonita Bay Blvd -Bonita Spgs 34134
(863) 688-7747 .. McClurg, Ernest V '69 (Hahn M&W) -101 S Fla Av Bx38 -Lklnd 33802 Fx:683-4582
(239) 939-7100 .. McClurg, Eve M '04 %M Linde PA -12693 New Brittany Blvd -Ft Myers 33907 Fx:939-7104
(772) 287-4444 .. McCluskey, Michl J '94 (Fox WDBSB&M,LLP) -3473 SE Willoughby Blvd -Stuart 34994 Fx:220-1489
(813) 223-3333 .. McCluskey, Richd M '06 Kennedy Law Grp -5100 W Knndy Blvd -Tampa 33609 Fx:207-0606
(813) 554-3282 .. McCluskey, Scott M '84 %Irvin Law Firm,LLC -1207 N Himes Av -Tampa 33607
(305) 667-7900 .. McClymonds, Robt C '69 Sirkin & M -7900 Red Rd -S Miami 33143 Fx:667-0409
(954) 462-8484 .. McCollem, Mark R '83 -106 SE 9th -Ft Laud 33316. Fx:462-3383
(850) 414-3300 .. McCollum, Bill '88 Atty Gen -The Cptl PL-01 -Talhse 32399 Fx:487-2584
(904) 346-0325 .. McCollum, Brenda Baldwin '93 Cnsl FL Baptist Fncl Srvcs -1320 Hendricks Av -Jcksnvl 32207 Fx:346-0414
(863) 385-5188 .. McCollum, James F '72 McCollum M&P,PL -129 S Commerce Av -Sebring 33870 Fx:471-1111
(954) 233-8000 .. McComas, Beverly '94 %D Stern,PA -900 S Pine Isl Rd -Plantation 33324 Fx:233-8333
(772) 781-0069 .. McComb, Brian R '74 (B Mccomb,PA) -3458 SE Dixie Hwy -Stuart 34997 Fx:223-0121
McComble, David W III '07 -12200 SW 119th Pl -Miami 33186
(954) 428-7328 .. McCombs, Leon J II '92 (L McCombs,PA) -Bx9343 -Ft Laud 33310 Fx:428-7695
(904) 353-1555 .. McCombs, Van Kirk II '94 V McCombs II PA -1 Independent Dr -Jcksnvl 32202 Fx:353-3905
(850) 422-7773 .. McConnaughhay, Allen S '89 %Fonvielle LF&M -3375 Cptl Clr NE -Talhse 32308 Fx:422-3449
(850) 222-8121 .. McConnaughhay Duffy Coonrod Pope & Weaver,PA -1709 Hermitage Blvd Bx229 -Talhse 32302 Fx:222-4359
(850) 434-7122 .. McConnaughhay Duffy Coonrod Pope & Weaver,PA -316 S Baylen -Pnscola 32502 Fx:435-0924
(850) 784-2599 .. McConnaughhay Duffy Coonrod Pope & Weaver,PA -306 E 19th -Panama City 32405 Fx:769-5461
(305) 455-2744 .. McConnaughhay Duffy Coonrod Pope & Weaver,PA -12000 Biscayne Blvd -Miami 33181 Fx:455-2749
(352) 840-0330 .. McConnaughhay Duffy Coonrod Pope & Weaver,PA -3220 SW 33rd Rd -Ocala 34474 Fx:840-0024
(904) 363-1950 .. McConnaughhay Duffy Coonrod Pope & Weaver,PA -8816 South Pnt Pkwy Bx550770 -Jcksnvl 32216 Fx:363-1510
(352) 378-4422 .. McConnaughhay Duffy Coonrod Pope & Weaver,PA -7515 W Univ Av -Gainesvl 32607 Fx:378-7826
(954) 332-0050 .. McConnaughhay Duffy Coonrod Pope & Weaver,PA -550 W Cypress Crk Rd -Ft Laud 33309 Fx:332-0052
(941) 342-7603 .. McConnaughhay Duffy Coonrod Pope & Weaver,PA -6010 Cattlerdg Dr -Sarasota 34232 Fx:342-9143
(850) 222-8121 .. McConnaughhay, James N '69 (McConnaughhay DCP&W,PA) -1709 Hermitage Blvd Bx229 -Talhse 32302 Fx:222-4359
(850) 385-1246 .. McConnaughhay, Jana E '94 (McConnaughhay Law Grp,PA) -1709 Hermitage Blvd -Talhse 32308 Fx:681-7074
(407) 999-7780 .. McConnell, Eryn M '05 %Wean & M,PA -646 E Colonial Dr -Orlando 32803 Fx:999-5291
(813) 229-3333 .. McConnell, Guy P '85 Glenn RF&H,PA -100 S Ashley Dr -Tampa 33602 Fx:229-5946
(305) 854-5131 .. McConnell, H Hugh '76 (McConnell L LLP) -201 Alhambra Clr -Coral Gables 33134 Fx:448-8808
(386) 254-6875 .. McConnell, Harry G '87 OfCnsl Smith HPLSBL&B,PA -444 Seabreeze Blvd Bx15200 -Daytona Bch 32115 Fx:257-1834
(904) 727-7650 .. McConnell, Jerrett M '00 (Friedline & M,PA) -1756 Univ Blvd S -Jcksnvl 32216 Fx:727-7849
(386) 673-0720 .. McConnell, Matthew N '06 -62 S St Andrews Dr -Ormond Bch 32174
(727) 563-1500 .. McConnell, Sean T '02 -9455 Koger Blvd N -St Pete 33702 Fx:563-1582
McConnell, Tanya E '01 -85 SE Spanish Trl -Boca Rtn 33432
McConnell, Veronica K '01 -11663 Cntryway Blvd -Tampa 33626
(850) 224-2600 .. McCord Bubsey & Ketchum,LLP -210 S Monroe -Talhse 32301 Fx:222-8826
(850) 224-2600 .. McCord, Guyte P III '75 (McCord B&K,LLP) -210 S Monroe -Talhse 32301 Fx:222-8826
(727) 584-5054 .. McCord, James D '83 -580 N Indn Rocks Rd -Largo 33770
(239) 344-1100 .. McCord, Max W III '06 %Henderson FS&H,PA -1715 Monroe Bx280 -Ft Myers 33902 Fx:344-1200
(772) 692-7231 .. McCord, Peggy J '91 -1684 NW Spruce Ridge Dr -Stuart 34994
(904) 262-7373 .. McCorkle, Holly J '91 (Jones & M,PA) -Bx600459 -Jcksnvl 32260 Fx:262-2355
(850) 474-2336 .. McCorkle Tatum, Kimberly D '99 UWF-Criminal Justice & Legal Studies -11000 Univ Pkwy -Pnscola 32514
(305) 545-3348 .. McCormack, Brian J '98 Pub Def -1320 NW 14th -Miami 33125
(850) 661-6111 .. McCormack, Fred A '78 -411 E Cllg Av -Talhse 32301
(727) 796-7666 .. McCormack, J Robt '90 (Persante & M,PA) -2655 Enterprise Rd -Clearwtr 33763 Fx:796-8099
(305) 375-0111 .. McCormack, Justin W '07 %Ferraro Law Firm, PA -4000 Pnc de Leon Blvd -Miami 33146 Fx:379-6222
(904) 209-0805 .. McCormack, Patrick F '95 Cnty Atty -4020 Lewis Speedway -St Augustn 32084 Fx:209-0806

(305) 372-9044 .. McCormack, Richd R '73 (Houck A,PA) -200 S Biscayne Blvd -Miami 33131 Fx:372-5044
(941) 637-2181 .. McCormack, Robt E '02 Pub Def -Bx510304 -Punta Gorda 33951 Fx:505-4702
(407) 210-2795 .. McCormack, Sean P '05 %Alvarez SW&M,PA -100 S Orange Av Bx3511 -Orlndo 32802 Fx:210-2795
(305) 324-3250 .. McCormack, Stephen A '94 %Otc Regional-Cnsl (02M) -1201 NW 16th -Miami 33125
(954) 713-2886 .. McCormack, Thos F '88 (T McCormack,PA) -1 E Broward Blvd -Ft Laud 33301 Fx:713-2876
(321) 783-1113 .. McCormick, Allen K '58 -7520 Rdgwd Av -Cape Cnvrl 32920 Fx:783-6196
(305) 665-4819 .. McCormick, Arthur F '55 (McCormick & M,PA) -7550 SW 57th Av -S Miami 33143 Fx:662-8554
(305) 665-4819 .. McCormick, Arthur F '90 (McCormick & M,PA) -7550 SW 57th Av -S Miami 33143 Fx:662-8554
(305) 374-1212 .. McCormick, Brad J '93 (Kubicki D) -25 W Flagler -Miami 33130 Fx:374-7848
(727) 582-7243 .. McCormick, Cynthia A '90 -501 1st Av N -St Pete 33701
(305) 358-8500 .. McCormick, Edw J '66 (McCormick & M,LLP) -111 SW 3rd -Miami 33130 Fx:358-7874
(305) 358-8500 .. McCormick, Edw J Jr. '00 (McCormick & M,LLP) -111 SW 3rd -Miami 33130 Fx:358-7874
McCormick, George L '85 -Bx49165 -St Pete 33743
(305) 447-0404 .. McCormick, Isabel '78 -815 Pnc de Leon Blvd -Coral Gable 33134
(904) 358-2750 .. McCormick, Jan D '86 (Brant ARM&G PA) -50 N Laura -Jcksnvl 32202 Fx:353-1166
(386) 792-2395 .. McCormick, John H '58 -215 2nd NE DrwrO -Jasper 32052
(407) 843-5690 .. McCormick, John M '51 -501 E Church -Orlndo 32801
McCormick, Keith L '04 -2044 Ocean Ridge Clr -Vero Bch 32963
(305) 448-3939 .. McCormick, Leslie A '87 (Wicker SOM&F,PA) -2900 Middle -Miami 33133 Fx:441-1745
(813) 229-7600 .. McCormick, Philip A '07 %Shumaker L&K LLP -101 E Knndy Blvd -Tampa 33602 Fx:229-1660
(954) 763-9330 .. McCormick, Robt S '56 -707 SE 3rd Av -Ft Laud 33316 Fx:463-8096
(813) 221-3759 .. McCormick, Ronald G Jr. '00 (Bleakley Law Firm) -101 E Knndy Blvd -Tampa 33602 Fx:221-3198
(941) 957-3433 .. McCormick, Terry P '94 -1819 Main -Sarasota 34236
(561) 355-7100 .. McCormick, Tonya '99 State Atty -401 N Dixie Hwy -W Plm Bch 33401 Fx:355-7274
(954) 764-6660 .. McCormick, Wm G '97 (Ruden MSS&R,PA) -200 E Broward Blvd Bx1900 -Ft Laud 33302 Fx:764-4996
(904) 388-4030 .. McCorvey, John H Jr. '90 -1912 Hmltn -Jcksnvl 32210 Fx:388-4045
(813) 229-3333 .. McCoskey, Gregory M '96 (Glenn RF&H,PA) -100 S Ashley Dr -Tampa 33602 Fx:229-5946
(352) 620-3800 .. McCourt, Timothy T '07 State Atty -19 NW Pine Av -Ocala 34475 Fx:620-3365
(305) 533-0026 .. McCoy, Betsy L '89 Related Grp -315 S Biscayne Blvd -Miami 33131 Fx:533-0085
(850) 414-3300 .. McCoy, Chas R '81 Atty Gen -The Cptl PL-01 -Talhse 32399 Fx:922-8674
(727) 842-9105 .. McCoy, Courtney Iscp '06 %Booth & C -7510 Ridge Rd -Pt Richey 34668 Fx:848-7801
(954) 522-4211 .. McCoy, Donald Ray '91 -600 NE 3rd Av -Ft Laud 33304
(305) 448-3939 .. McCoy, Jackson F '73 (Wicker SOM&F,PA) -2900 Middle -Miami 33133 Fx:441-1745
(727) 398-9390 .. McCoy, Jennifer M '75 -Bx5002 -Bay Pines 33744
(813) 229-2111 .. McCoy, Kevin P '07 %DLA Piper LLP -100 N Tampa -Tampa 33602 Fx:229-1447
(305) 673-7470 .. McCoy, Kimberly Ann '98 City Atty -1700 Convntn Clr Dr -Miami Bch 33139 Fx:673-7002
(813) 223-7000 .. McCoy, Mac Richd '01 %Carlton F,PA -4221 W Boy Scout Blvd Bx3239 -Tampa 33601 Fx:229-4133
(904) 358-4000 .. McCoy, Marsha A '04 %Stutsman T&M,PA -50 N Laura -Jcksnvl 32202 Fx:358-4001
(904) 398-0900 .. McCoy, Michl D '01 %Marks G,PA -1200 Riverplace Blvd -Jcksnvl 32207 Fx:399-8440
(407) 644-2460 .. McCoy, Nathan A '03 -151 Lookout Pl -Mallind 32751
(305) 448-3939 .. McCoy, Shannon '05 %Wicker SOM&F,PA -2900 Middle -Miami 33133 Fx:441-1745
(561) 659-3000 .. McCracken, John B '70 (Jones FJ&S,PA) -505 S Flagler Dr Bx3475 -W Plm Bch 33402 Fx:832-1454
(407) 936-1570 .. McCrae, James M '82 -1349 S Intl Pkwy S -Lk Mary 32746 Fx:936-1571
McCranie, Christopher J '05 -3323 Oak -Jcksnvl 32205
(904) 261-6838 .. McCranie, Danl '68 Cnsl Daniel I McCranie,PA -26 S 5th -Fernandina Bch 32034 Fx:261-6960
(904) 215-6600 .. McCranie, David A '82 -185 Wells Rd -Orange Pk 32073 Fx:215-8800
(904) 398-8008 .. McCranie, Katie D '01 %ET Fernandez III -8780 Perimeter Park Ct -Jcksnvl 32216 Fx:398-0332
(904) 823-2300 .. McCray, Cheryl A '02 State Atty -4010 Lewis Speedway -St Augustn 32095 Fx:823-2295
(954) 781-3662 .. McCray, Johnny L Jr. '82 (J McCray Jr,PA) -400 E Atl Blvd -Pmpno Bch 33060
(352) 338-9660 .. McCrey, Kristen S '02 O2B Kids -105 NW 33rd Ct -Gainesvl 32607 Fx:338-9658
(305) 358-6300 .. McCrea, David B '77 (Shutts & B LLP) -201 S Biscayne Blvd -Miami 33131 Fx:381-9982
McCrea, David W '07 -Bx963 -Talhse 32302
(813) 318-5700 .. McCrea, Richd C Jr. '82 (Greenberg T,PA) -625 E Twiggs -Tampa 33602 Fx:318-5900
(813) 229-2121 .. McCreadie, David W '80 (Lau LPC&M,PA) -100 S Ashley Dr Bx838 -Tampa 33601 Fx:226-7710
(305) 995-5600 .. McCready, James W III '88 %Salpp & F LLP -Two Alhambra Plz -Miami 33134 Fx:995-6100
(239) 533-1500 .. McCreary, Terry L '03 Rgnl Cnflct Cnsl -2000 Main -Ft Myers 33901
McCreary, Wm T '79 -8607 SW Perry Ln -Stuart 34997
(954) 462-6124 .. McCrory, J Walter '70 (JW McCrory,PA) -1510 SE 17th -Ft Laud 33316 Fx:760-9920